UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                            Case No. 2:12-cr-10

SHAWN MARSHALL BREWER,            HON. ROBERT HOLMES BELL

    Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on September 13, 2012, for arraignment on a three count indictment charging the defendant with Felon in Possession of a Firearm, Felon in Possession of Ammunition, and Possession of an Unregistered Weapon Made From a Shotgun. Defendant appeared on a writ and currently is in the custody of the State of Michigan, making him ineligible for release. Accordingly, the defendant will be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

      /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2012